## A. SCHULMAN, INC., Plaintiff-Appellant

v.

## POLYONE CORPORATION, Spartech LLC, Defendants-Appellees

### 2017-2035

United States Court of Appeals, Federal Circuit.

February 20, 2018

ERIC C. COHEN, Brinks Gilson & Lione, Chicago, IL, argued for plaintiff-appellant.

clerk should redact that item before giving the list to an employer.

Also represented by LAURA A. LYDIGSEN, MARK HERBERT REMUS.

ARNE M. OLSON, Olson & Cepuritis, Ltd., Chicago, IL, argued for defendants-appellees. Also represented by BRIAN MICHALEK, ROBERT J. ROSS.

(Newman, Lourie, and Dyk, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**